# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC. d/b/a ROBINSON FRESH<br><br>Plaintiff,<br><br>v.<br><br>PORTOLA FARM & FOOD DISTRIBUTORS, INC., and JAIME S. ORTEGA,<br><br>Defendants. | CASE NO. : 8:15-CV-02073-CJC<br><br>JUDGE: CORMAC J. CARNEY<br><br>**JUDGMENT** |

The Court having granted Plaintiff C.H. Robinson Worldwide, Inc.'s motion for default judgment, IT IS ORDERED AND ADJUDGED that Defendant Jaime S. Ortega pay Plaintiff the following sums:

(1) $61,512.50 for amounts owed on unpaid invoices;
(2) $15,804.47 in accrued interest on unpaid invoices;
(3) $4,692.68 in attorneys' fees; and
(4) $612.93 in costs.

The Court sets post-judgment interest, pursuant to 28 U.S.C. § 1961, at 0.66%.

IT IS SO ORDERED.

November 9, 2016
Date

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE